|||
|---|---|
|1||
|2||
|3||
|4||
|5||
|6||
|7||

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 5:22-mj-00212-DUTY |
|---|---|
| Plaintiff, | ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS |
| v. | (FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |
| JORGE LUIS OSORIO-QUINTERO, | |
| Defendant. | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _____ District of Arizona_____ for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (x)  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the following:

    ( )  information in the Pretrial Services Report and Recommendation

    ( )  information in the violation petition and report(s)

    (x)  the defendant's nonobjection to detention at this time

    ( )  other: _____

|   |   |   |   |
|---|---|---|---|
| 1 |   |   | and/ or |
| 2 | B. | (×) | The defendant has not met his/her burden of establishing by clear and |
| 3 |   |   | convincing evidence that he/she is not likely to pose a danger to the safety |
| 4 |   |   | of any other person or the community if released under 18 U.S.C. |
| 5 |   |   | § 3142(b) or (c).  This finding is based on the following: |
| 6 |   |   | ( )   information in the Pretrial Services Report and Recommendation |
| 7 |   |   | ( )   information in the violation petition and report(s) |
| 8 |   |   | (×)   the defendant's nonobjection to detention at this time |
| 9 |   |   | ( )   other: _____ |

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 04/06/2022

SHASHI H. KEWALRAMANI
UNITED STATES MAGISTRATE JUDGE